IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BAYER CROPSCIENCE, L.P., )
)
    Plaintiff, )
)     1:04CV1136
v. )
)
CHEMDESIGN CORPORATION, )
)
    Defendant. )

**A-M-E-N-D-E-D  J-U-D-G-M-E-N-T**

The Judgment entered on June 15, 2006, is HEREBY AMENDED to reflect that Plaintiff's motion for summary judgment is GRANTED and that Plaintiff have and recover from Defendant the sum of $671,402.06.

This the day of July 21, 2006

                                                                     /s/ **N. Carlton Tilley, Jr.**
                                                                     **United States District Judge**